IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDY STANKO, | )  |
|        Plaintiff, | )      8:06cv510 |
| vs. | )  MEMORANDUM AND ORDER |
| OFFICER SANCHEZ, et al., | )  |
|        Defendants. | )  |

    This matter is before the court on filing no. 57, the Motion for Recusal filed by the plaintiff, Rudy Stanko, a federal prisoner who brought this case concerning conditions encountered while he was a pretrial detainee at the Douglas County Correctional Center in Omaha, Nebraska.  The plaintiff protests assignment of the above-entitled case to a judge in Lincoln, Nebraska.  However, consistent with this court's plan for assignment of cases to judges within the District of Nebraska, this case was randomly assigned to my docket, without regard to the geography of my duty station within the District.  See NEGenR1.4(5)(A)&(C).

    Mr. Stanko also alleges vaguely that I harbor prejudice against prisoners and that I am engaged in a "feud" with the Chief Judge, all of which is unfounded and foolish.  As there is no basis in law or fact for the requested recusal, filing no. 57 is summarily denied.[1]  See 28 U.S.C. § 455.

    SO ORDERED.

    April 17, 2007.                  BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge

---

[1]In addition, filing no. 57 is untimely and insufficient under 28 U.S.C. § 144.