IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | |
| | ) | 8:06cv510 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| UNKNOWN SANCHEZ, et al., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendants' Motion to Extend Progression Order Deadline. (Filing No. 101.) In their Motion, Defendants request that the court extend the deadline for filing dispositive motions until February 28, 2008. For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Extend Progression Order Deadline (filing no. 101) is granted.

2. All dispositive motions shall be filed on or before **February 28, 2008**. The parties must comply with the provisions of NECivR 7.1(a-h) and NECivR 56.1 when filing summary judgment motions.

3. Pretrial Conference.

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NeCivR 16.2(a)(2). Plaintiff will be responsible for cooperating in the preparation and signing of the

    final version of the Order. The Order should be submitted to Plaintiff and to any other parties by **April 28, 2008**. Plaintiff shall provide additions and/or proposed deletions to Defense counsel by **May 12, 2008.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **May 26, 2008**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

  b. The Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **June 11, 2008 at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

  c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

  4. The trial date will be set by Magistrate Judge Piester at the time of the Final Pretrial Conference.

  5. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Piester to be held on **June 11, 2008.**

February 6, 2008.         BY THE COURT:

*s/Richard G. Kopf*
United States District Judge