IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:06CV510 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| UNKNOWN SANCHEZ, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Copy of Filing No. 100 and Copy of the Docket Sheet (filing no. 103, part 2) and Plaintiff's Objection Regarding Filing No. 100 (filing no. 108).

With regards to Plaintiff's Motion for Copies, the court will grant the motion in part and deny it in part. Because Plaintiff alleges he never received a copy of filing no. 100, the court's January 30, 2008 Memorandum and Order, the court will grant Plaintiff's request for a copy of filing no. 100.

However, the statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973). Therefore, Plaintiff's request for a copy of the docket sheet is denied. If Plaintiff requires copies of court documents, he should contact the Clerk of the court to determine the proper method of requesting and paying for copies.

In Plaintiff's Objection Regarding Filing No. 100, Plaintiff states that "Plaintiff OBJECTS to any and all limitations and/or sanctions imposed on the amended complaint. [sic] for preservation of appeal." (Filing No. 108.)  The court construes Plaintiff's Motion as a motion for reconsideration of filing no. 100.  Because Plaintiff has not set forth any factual or legal basis that would cause this court to reconsider its January 30, 2008 Memorandum and Order, the Objection is denied.

IT IS THEREFORE ORDERED that:

1.   Plaintiff's Motion for Copy of Filing No. 100 and Copy of the Docket Sheet (filing no. 103, part 2) is granted in part and denied in part.  The Clerk of court is directed to send Plaintiff a copy of Filing No. 100 to the Plaintiff's current address of record.  In all other respects, the Motion is denied.

2.   Plaintiff's Objection Regarding Filing No. 100 (filing no. 108), construed as a motion for reconsideration, is denied.

March 18, 2008.                         BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge