IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, Individually and on behalf of similarly situated prisoners, | ) ) ) ) | 8:06CV510 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| UNKNOWN SANCHEZ, et al., | ) ) | |
| Defendants. | ) | |

On page two of the previous Memorandum and Order, a citation was incorrect. After the third sentence of the first full paragraph on that page, the citation should read: *See Klinger v. Dep't of Corr.,* 31 F. 3d 727 (8th Cir. 1994).

IT IS SO ORDERED.

April 2, 2008.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge